# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Carro & Carro Enterprises, Inc. )    ASBCA No. 59485
)
Under Contract No. W912EP-07-C-0024 )

APPEARANCES FOR THE APPELLANT:    Steven L. Reed, Esq.
Douglas L. Tabeling, Esq.
Lochlin B. Samples, Esq.
Jonathan R. Mayo, Esq.
Vianney Lopez, Esq.
  Smith, Currie & Hancock LLP
  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Susan E. Symanski, Esq.
Charles T. Pino, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Jacksonville

## ORDER OF DISMISSAL

The appeal has been settled. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 17 June 2015

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59485, Appeal of Carro & Carro Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
